# EXHIBIT A



Easy set-up • Free Forever • Secure ⭐ Used now by over +1000 users!



## Travel Protection

Either you're going to visit your family, relax or explore new cultures - you should always be prepared to deal with unexpected situations.

### What is a Travel Protection Plan

An option to avoid any obstacles that can prevent you from discovering new places



Travel Protection Plan is an extra service option offered along with a ticket during a booking process.

The Plan implies a lot of advantageous options allowing you to cover unexpected damages. Thus, it can become precious when it comes to different unpredictable situations (mishandled baggage, trip cancellation, or flight interruption) that might affect your trip.

Besides, it offers you promotional deals for your next flight and advanced concierge services, intending to provide you with exceptional handling any of your requests in the shortest time possible.

## Travel Protection as a Unique Cost-Effective Solution

Here's a brief overview of benefits you get when purchasing the plan



Our Travel Protection Plan lets you take advantage of the most flexible refund options, advantageous deals, and high-quality customer

your flight. Our travelers are offered premium assistance throughout the whole trip with our high-quality service.



### Refunding Options

We'll work directly with the airlines to get you compensated in case of unplanned flight cancellation or health concerns, such as sickness or hospitalization.



### Discount for your next flight

Receive a $25.00 discount for your next purchase with us, available within a year after its issuance date.



### Mishandled Baggage Assistance

Get immediate support if your luggage checked at the airport has been lost or misdirected

**Amy**

Yes    No

09:06 AM

**Amy**

Hi, would you like to check for a discount?

09:06 AM



### Free Exchange

Exchange your tickets in case of a missed flight or connection for free.

**Amy**

Yes    No

09:06 AM

### Premium Concierge Service

Service guaranteeing you to handle any of your requests, including arranging special meals and seats and finding the best flight

6

options in case of reservation changes.

## How Does it Work?

The process of acquiring and activating the Travel Protection Plan consists of two simple steps:

**1**

### Add the Travel Protection Plan to your shopping cart during the checkout process.

The plan is available for purchase only

at the time of booking.

**2**

### Find the purchased Travel Protection Plan status displayed on your ticket receipt.

After acquiring the Plan, you're

welcome to take advantage of it.



# Why We
# Recommend You Purchase Travel Protection Plan

The plan is not one more expense that doesn't have significant value. You'll have a chance to save some money instead of spending thousands of dollars in case of an unforeseen and unpleasant situation.

### Prevents you from Unexpected Costs

When acquiring the Travel Protection Plan, we'll do our best to prevent you from unexpected costs incurred before or during your travel. This way, you'll have a chance to save some money

### Protect your
### Travel Investments

Travel Protection Plan helps you protect your travel investment in such situations as flight cancellation and interruption, medical expense and hospitalization, lost or delayed baggage, and more.



**Offers you**
**Additional Bonuses**

Moreover, it offers you additional bonuses, including a premium concierge service that lets you take advantage of exceptional assistance and a discount for your next flight!

## How Should it Be Used?

The process differs depending on the chosen option. However, each request must be submitted to our Support team at least 24 hours before the flight scheduled departure.

You're invited to send your requests with the appropriate documents and proofs to our Customer Care team via the Live Chat, by email at customercare@chatdeal.com or just give us a call.

To get acquainted with the well-detailed requirements for each case and in order to find out the latest updates on the Plan, please refer to Protection Plan policy.




## What Does the Travel Protection Plan Cover?

Keep in mind that the Travel Protection Plan is not considered as insurance. Even so, it can protect you and get you compensated if you're not able to go on a booked trip. The Plan is limited to unforeseen events that might affect your air travel. The list of situations subject to the Travel Protection Plan includes the following:

- Flight delay
- Trip cancellation or interruption due to unforeseen circumstances* or airline bankruptcy
- Inability to fly due to a documented medical reason (hospitalization or sickness)
- Lost or misdirected baggage

*Unforeseen circumstances include but not limited to: hurricanes, floods, earthquakes, cyclones, thunderstorms, blizzards, volcanic eruptions, high winds, excessive precipitation, wildfires, and other natural disorders, or civil disorder and unrest, political instability, quarantine, aircraft maintenance problems, and security issues. The list of events falling within the Travel Protection Plan can be modified at any time.*





## Frequently Asked Questions

Here are some questions we usually get about our Support Bundle option. If you would like yours

**When at the latest can I purchase a Travel Protection Plan?**

**Can I put other people (family or non-family members) on my Plan?**

**Can I get a refund for the purchased Travel Protection Plan?**

**Will I get a confirmation email?**

**What if I didn't receive a confirmation email?**

**Why isn't my Travel Protection purchase displayed on my receipt?**

## Travel with us.
## Travel safe.

Get best travel deals

Search Flights



### Do you need more information?

If you're still looking for additional information or in case you need emergency travel assistance, please contact us right away!

Email Us    Chat with Us

### Bottom Line

Travel Protection Plan helps you protect your travel investment in flight cancellation and interruption, medical expense and hospitalization, delayed baggage, and even more.



Terms of Use   Privacy Policy

