UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| **ANGELIA ECKENROTH, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) Case: 2:22-cv-2500 |
| v. | ) |
| | ) |
| **KAYAK SOFTWARE** | ) |
| **CORPORATION, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF SETTLEMENT

Plaintiffs, Angelia Eckenroth, Bradley Eckenroth, Hannah Eckenroth, Leah Morgan, Ian Morgan, Shay Morgan, and Steve Morgan, (collectively "Plaintiffs"), by and through undersigned counsel, hereby give notice to the Court that all parties have reached agreements to settle all claims in this case and anticipate filing a notice or stipulation of dismissal within the next sixty (60) days.

Respectfully submitted,

Dated: March 31, 2023　　　　　　　　**THE WILLISTON LAW FIRM, LLC**

By: *Keith N. Williston*
Keith N. Williston MO #69433
201 SE Williamsburg Dr
Blue Springs, MO 64014
Tele: (913) 207-5450
Fax: (816) 492-8212
WillistonKeith@yahoo.com

**Attorney for Plaintiffs**

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on March 31, 2023, a true and accurate copy of the foregoing filed with the court's electronic filing system, which will give notice to all attorneys of record.

/s/ *Keith N. Williston*

Attorney for Plaintiffs

2